**Order filed February 9, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00922-CV
_____

## 4922 HOLDINGS, LLC AND HORIZON UNITED GROUP INTERNATIONAL, LLC, Appellant

## V.

## SALVADOR RIVERA D/B/A RIVERA'S COMMERCIAL, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-30658**

## O R D E R

The clerk's record was filed December 6, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Findings of Fact (and Exhibit A thereto), signed August 19, 2019.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 16, 2021, containing Findings of Fact (and Exhibit A thereto), signed August 19, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Jewell and Poissant.